IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEFFREY D. NOEL                                                        PLAINTIFF

v.                        Civil No. 06-4025

JACK JONES, Arkansas Parole
Officer; MARY NODURTH, Assistant
Parole Administrator; and A.L.
LOCKHART, Director, Arkansas
Department of Corrections                               DEFENDANTS

## ORDER

Plaintiff has submitted for filing in this district a pro se complaint. The district clerk is hereby directed to file the complaint. The matter of plaintiff's status as a pauper will be determined at a later date.

The plaintiff has failed to supply an application to proceed *in forma pauperis*. Accordingly, the district clerk is directed to mail to plaintiff an application, along with a copy of this order, and plaintiff is given thirty (30) days in which to have an authorized officer at the institution complete the certificate and return the application for review. **IF PLAINTIFF FAILS TO COMPLY WITH THIS ORDER WITHIN THE REQUIRED PERIOD OF TIME, HIS CASE AGAINST DEFENDANTS WILL BE DISMISSED FOR FAILURE TO PROSECUTE AND/OR OBEY A COURT ORDER.**

IT IS SO ORDERED this 7th day of April 2006.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 1 1 2006

CHRIS R. JOHNSON, CLERK

BY        DEPUTY CLERK

HON. BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)