IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEFFREY D. NOIEL                                                               PLAINTIFF

VS.                          Case No. 06-CV-4025

JACK JONES, Arkansas Parole Officer;
MARTY NODURTH, Assistant Parole
Admininstrator; and A. L. LOCKHART,
Director, Arkansas Department of Corrections             DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed June 2, 2006 by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7) Judge Shepherd recommends Plaintiff's case brought pursuant to 42 U.S.C. § 1983 be dismissed because his claims are barred by the applicable statute of limitations and fail to state a claim. Plaintiff has not filed objections to the Report and Recommendation. Therefore, the Court adopts the Report and Recommendation *in toto*. The Court finds Plaintiff's complaint should be and hereby is dismissed with prejudice.

IT IS SO ORDERED, this 20th day of June, 2006.

                                                 /s/ Harry F. Barnes
                                                 Hon. Harry F. Barnes
                                                 U.S. District Court